1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON EHRLINSPIEL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  (916) 554-2743 Direct
   (916) 554-2900 Facsimile
5
6  Attorneys for Defendant,
   UNITED STATES OF AMERICA
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | FIAPAIPAI TUIPALA LOA,         | Case No.:  2:11-cv-02173 JAM (CKD)       |
12 |              Plaintiff,         | STIPULATION OF DISMISSAL                 |
13 | v.                              | WITH PREJUDICE                           |
   |                                 | AND ORDER                                |
14 | THE UNITED STATES OF AMERICA,   |                                          |
15 |              Defendant.         |                                          |

16

17

18      Pursuant to the terms of a written compromise settlement and release of claims

19 and pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure and Local Rule 16-

20 160 of the U.S. District Court for the Eastern District of California, the parties hereby

21 stipulate that the above-captioned action shall be dismissed with prejudice, and that

22 each party shall bear their own costs and fees.

23      This resolution of the claim disposes of all remaining claims and this matter shall

24 be dismissed with prejudice in it's entirety.

25
        IT IS SO STIPULATED.
26
                                BENJAMIN B. WAGNER
27                              United States Attorney

28
_____
STIPULATION OF DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Dated: April ___, 2012 | By: | */s/ Jason Ehrlinspiel*<br>**JASON EHRLINSPIEL**<br>Assistant U.S. Attorney |

**Attorneys for Defendant,**
**UNITED STATES OF AMERICA**

Dated: April __, 2012       LAW OFFICE OF STRATTON S. BARBEE

                            */s/ Stratton S. Barbee*
                    By:     **STRATTON S. BARBEE**

**Attorney for Plaintiff,**
**FIAPAIPAI TUIPALA LOA**

**IT IS SO ORDERED.**

Dated: April 17, 2012       /s/ John A. Mendez
                            **JOHN A. MENDEZ**
                            **UNITED STATES DISTRICT COURT JUDGE**

---

STIPULATION OF DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com