```
BENJAMIN B. WAGNER
United States Attorney
JASON EHRLINSPIEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
(916) 554-2743 Direct
(916) 554-2900 Facsimile

Attorneys for Defendant,
UNITED STATES OF AMERICA
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIAPAIPAI TUIPALA LOA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | Case No.:  2:11-cv-02173 JAM (CKD)<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AND ORDER |

　　　　Pursuant to the terms of a written compromise settlement and release of claims and pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure and Local Rule 16-160 of the U.S. District Court for the Eastern District of California, the parties hereby stipulate that the above-captioned action shall be dismissed with prejudice, and that each party shall bear their own costs and fees.

　　　　This resolution of the claim disposes of all remaining claims and this matter shall be dismissed with prejudice in it's entirety.

　　　　**IT IS SO STIPULATED.**

　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney

---

STIPULATION OF DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Dated: April __, 2012 | By: | */s/ Jason Ehrlinspiel* <br> **JASON EHRLINSPIEL** <br> Assistant U.S. Attorney |

**Attorneys for Defendant,**
**UNITED STATES OF AMERICA**

Dated: April __, 2012                           LAW OFFICE OF STRATTON S. BARBEE

By:   */s/ Stratton S. Barbee*
      **STRATTON S. BARBEE**

**Attorney for Plaintiff,**
**FIAPAIPAI TUIPALA LOA**

**IT IS SO ORDERED.**

Dated: April 17, 2012        /s/ John A. Mendez
                             **JOHN A. MENDEZ**
                             **UNITED STATES DISTRICT COURT JUDGE**

---

STIPULATION OF DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com